1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

REGINALD NELSON CRAIG,

      Petitioner,

      v.

RANDY GROUNDS, Warden,

      Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 10-4086 SVW (JCG)

**JUDGMENT**

     IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: January 27, 2011.

_____

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE